In the Matter of the Application of THELMA BOWMAN SPEAR LEWISOHN, Appellant, against LUDWIG LEWISOHN, Respondent, for an Order Changing the Custody of JAMES ELIAS LEWISOHN, an Infant.— Order so far as appealed from unanimously reversed, with twenty dollars costs and disbursements, and the matter remitted to an official referee. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 2440 CONCOURSE, INC., Appellant, v. WILLIAM STANLEY MILLER, as President, and HUBERT T. DELANY and Others, as Commissioners, Constituting the Tax Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

LUCIANO T. LOMAURO, Respondent, v. MORRIS BRINKER, Appellant.— Order modified by limiting the examination to items 1 and 6, and as so modified affirmed, without costs. (See Goodman v. Stein, ante, p. 548, handed down herewith.) Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents. The date for the examination to proceed to be fixed in the order. Settle order on notice.

MERCHANTS FIRE ASSURANCE CORPORATION OF NEW YORK, Respondent, v. CONSTANCE S. SKILLIN, Individually and as Executrix under the Last Will and Testament of LOUISE SCHERMERHORN, Deceased, Appellant.— The original complaint was not made part of the motion papers and is not part of the record before us. The motion to dismiss was addressed solely to the supplemental complaint which does not attempt to state a complete cause of action. Plaintiff's right to relief under section 1083-a of the Civil Practice Act may not be reviewed at this time. Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of a copy of order with notice of entry, on payment of said costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

ABRAHAM GERMAN, Appellant, v. SYLVIA GERMAN, Respondent.— Defendant did not move to dismiss the cause of action for a declaratory judgment nor to separately state and number, but only to strike out certain allegations as irrelevant. The allegations stricken out are clearly material and relevant. Order unanimously reversed and the motion denied, with leave to the defendant to answer within ten days after service of a copy of order with notice of entry. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

SAMUEL I. POSEN and Others, Suing on Their Own Behalf as Stockholders of UNIVERSAL PICTURES COMPANY, INC., and on Behalf of All Other Stockholders of UNIVERSAL PICTURES COMPANY, INC., Similarly Situated, Who Shall Come in and Contribute to the Costs and Expenses of This Action, Respondents, v. J. CHEEVER COWDIN and Others, Appellants, Impleaded with Others, Defendants.— Order so far as appealed from unanimously modified by eliminating items 1, 2, 4, 10, 13, 16, 17 and 18, and further modified by directing the examination of the defendant J. Cheever Cowdin only, without prejudice to an application for an examination of the other defendants upon the completion of the examination of said defendant on a showing of the necessity therefor, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.